## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

------------------------------------------------------------------------x

Alexa Kahn,                                                    Civil Action No:
                                                              1:23-cv-1352

                              Plaintiff,


        -v.-

HireRight, LLC,

                              Defendants.

------------------------------------------------------------------------x


### NOTICE OF SETTLEMENT

Notice is hereby given that the parties have settled this matter.  The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the Court retain jurisdiction for these parties during said sixty (60) day period.


DATED, this 22nd day of February 2024

                                        */s/Eliyahu Babad*
                                        Eliyahu Babad, Esq.
                                        **Stein Saks, PLLC**
                                        One University Plaza
                                        Hackensack, NJ 07601
                                        Phone: 201-282-6500
                                        Ebabad@steinsakslegal.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on February 22, 2024 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Eliyahu Babad*
Eliyahu Babad, Esq.