UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------------------------x
Alexa Kahn,

                                   Plaintiff,

      -v.-

HireRight, LLC,

                                  Defendants.
------------------------------------------------------------------------x

Civil Action No: 1:23-cv-1352

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant, HireRight, LLC in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** May 3, 2024

| For Plaintiff Alexa Kahn | For Defendant HireRight, LLC |
|---|---|
| */s/ Eliyahu Babad* <br> Eliyahu Babad <br> Stein Saks, PLLC <br> One University Plaza <br> Hackensack, NJ 07601 <br> Ph:  (201) 282-6500 <br> ebabad@steinsakslegal.com | */s/ Zakary Drabczyk* <br> Zakary Drabczyk <br> Bush Seyfarth PLLC <br> 100 W Big Beaver Rd ste 400 <br> Troy, MI 48084 <br> Ph:   (248) 822-7841 <br> drabczyk@bsplaw.com |

## **CERTIFICATE OF SERVICE**

      I certify that on May 3, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                    */s/ Eliyahu Babad*
                                                    Eliyahu Babad
                                                    **Stein Saks, PLLC**
                                                    One University Plaza
                                                    Hackensack, NJ 07601
                                                    *Attorneys for Plaintiff*